FILED'05 JUN 20 12:37USDC-ORP

RECVD'05 JUN 17 12:06USDC-ORP

**Amy Joseph Pedersen**, OSB No. 85395
    Direct Dial:  (503) 802-2110
    Direct Fax:   (503) 972-3810
    e-mail:  amy@tonkon.com
**Sonja J. Henning,** OSB No. 02117
    Direct Dial:  (503) 802-2182
    Direct Fax:   (503) 972-3882
    e-mail:  sonja@tonkon.com
TONKON TORP LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204-2099

    Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MARLAND TOWNSEND,**<br><br>           Plaintiff,<br><br>   vs.<br><br>**NIKE, INC.,**<br><br>           Defendant. | Civil No. 04-CV-1130-MO<br><br>**JUDGMENT**<br><br>By Defendant NIKE, Inc. |

       This case came on for trial on May 17, 2005 – May 20, 2005, before the Honorable Michael W. Mosman.  Plaintiff Marland Townsend appeared personally and by his attorney, Richard C. Busse.  Defendant NIKE, Inc. appeared through its representative, Peter Elizondo, and by its attorneys, Amy Joseph Pedersen and Sonja L. Henning.

       Based upon the jury's verdict in favor of Defendant NIKE, Inc. and against Plaintiff Marland Townsend,

/////

/////

/////

Page 1 -     JUDGMENT - By Defendant NIKE, Inc.

IT IS HEREBY ADJUDGED:

1.  That Defendant NIKE, Inc. have judgment entered in its favor on all of Plaintiff Marland Townsend's claims for relief; and

2.  That Defendant NIKE, Inc. is awarded its Costs and Disbursements in an amount to be determined upon application by Defendant.

DATED this **20** day of June 2005.

HONORABLE MICHAEL W. MOSMAN
U.S. District Court Judge

003231\00385\635509 V001

Page 2 -    JUDGMENT - By Defendant NIKE, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **JUDGMENT** - By Defendant NIKE, Inc. on:

> Richard C. Busse
> Busse & Hunt
> 521 American Bank Building
> 621 SW Morrison
> Portland, OR 97205

Attorneys for Plaintiff

☐ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorneys at each attorney's last-known office address on the date set forth below;

☐ by concurrently electronically mailing this document in Word format to each attorney's last-known e-mail address on the date set forth below;

☒ by electronically filing via the USDC ECF website;

☐ by faxing a copy thereof to each attorney at his last-known facsimile number on the date set forth below.

DATED this 17th day of June 2005.

By /s/ *Amy Joseph Pedersen*
Amy Joseph Pedersen